JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　Plaintiff,<br><br>　　　v.<br><br>SOLSTICE MARKETING<br>CONCEPTS, et al.<br>　　　Defendant. | CV 20-11391 DSF (ASx)<br><br>JUDGMENT |

　　The Court having ordered Plaintiff to file regular reports concerning the status of the bankruptcy proceeding, Plaintiff having failed to file the report due on February 27, 2023, the Court having warned Plaintiff that failure to file the report by May 17, 2023 would result in dismissal, and Plaintiff having again failed to file the report,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 19, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge